**Order entered December 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00717-CR

**PABLO HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-76438**

## ORDER

Appellant's motion for extension of time to file his brief is **GRANTED**, and

we **ORDER** the brief filed on or before **JANUARY 30, 2023.**

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE